UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Russell & Judith Robinette         CHAPTER 13
                                          CASE NO. 13-44442
                                          JUDGE Rhodes
Debtor(s),
                    /

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, Sweeney Law Offices PLLC, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $____Fee App_____ in fees and $____Fee App_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ ___Fee App_____ shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor's Plan payments shall be increased to $203.73 weekly effective 6/26/13.
☒ All class 9 general unsecured creditors shall receive a dividend of no less than 100% on their duly filed claims.

APPROVED                              Objections Withdrawn

/s/ Margaret Conti Schmidt
                                                              ____/s/Jesse R. Sweeney_____
_____  _____
KRISPEN S. CARROLL(P49817)            For Creditor:           Jesse R. Sweeney  (P60941    )
MARGARET CONTI SCHMIDT (P42945)                               Attorney for Debtor
MARIA GOTSIS (P67107)                                         Sweeney Law Offices PLLC
Chapter 13 Trustee                                            30555 Southfield Rd Suite 400
719 Griswold Street                   Objections Withdrawn    Southfield, MI 48076
1100 Dime Building                                            586-909-8017
Detroit, MI 48226                  _____  sweeneylaw2005@yahoo.com
313-962-5035                          For Creditor:
notice@det13ksc.com

                                           .

**Signed on July 02, 2013**

                                          _____/s/ Steven Rhodes_____
                                             Steven Rhodes
                                             **United States Bankruptcy Judge**